IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | NO.  3:19-CR-531-E |
| v. | |
| | |
| TREMONT BLAKEMORE | |

## PROTECTIVE ORDER GOVERNING
## DISCLOSURE OF DISCOVERY MATERIAL

Upon the agreement of the United States of America ("the government"), and the defendant, Tremont Blakemore, by and through his counsel, Phillip W. Hayes, and pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the Court finds good cause for the entry of a protective order as set forth in the government's motion.

Discovery materials to be provided to the defendant in this case will include, but not be limited to, reports of witness interviews and witness testimony that may contain personal and confidential information of witnesses, namely victims AV1 through AV8, such as date of birth, addresses, phone numbers, and other personal identifiers.  Due to the sensitive nature of the discovery materials, the defendant, the defense counsel, and the government agree to the following restrictions on the use and disclosure of materials. Accordingly, it is hereby **ORDERED:**

1.     This protective order shall govern all discovery material in any format (written or electronic) that is produced by the government in discovery in this case.

**Protective Order Governing Disclosure of Discovery Material - Page 1**

2. The government shall make available copies of discovery materials, including those filed under seal, to the defense counsel in compliance with the discovery obligations under Rule 16 of the Federal Rules of Criminal Procedure and other controlling statutory and case law.

3. Possession of unredacted copies of the discovery materials is limited to the attorneys of record, and investigators, paralegals, law clerks, experts and assistants for the attorneys of record ("the defense team").

4. The defendant shall not be provided or retain any discovery materials while in any jail or detention facility. The defendant shall only review the discovery materials in the presence of defense counsel or the defense team.

5. Defense counsel, prior to sharing any discovery materials with any member of the defense team, shall inform that person or persons about the limitations set forth in this Order.

6. Any documents currently under seal in connection in this case shall remain under seal, but may be disclosed by the government to defense counsel pursuant to the terms of this Order.

7. Any discovery material that is filed with the Court in connection with pretrial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court.  This does not require either party to seal all their filings as a matter of course, and the parties are required to comply in all respects to the relevant local and federal rules pertaining to the sealing of court documents.

8. This Order shall not terminate at the conclusion of the prosecution of this case. The defense counsel and the defense team shall return any discovery materials, including all copies, pursuant to this Order within ten (10) days of the completion of this case, or if an appeal is taken, within ten (10) days of the completion of the appeal.

**SO ORDERED.**

Signed   February 26 , 2020.

_____
ADA E. BROWN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS