IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.  3:19-CR-531-E |
| v. | |
| TREMONT BLAKEMORE | |

## NOTICE OF AGREED PROPOSED TRIAL DATES

Pursuant to the Court's Order dated March 13, 2020 (Dkt. No. 57), the parties have conferred and agree that the current trial setting of October 26, 2020 and associated pretrial deadlines are amenable for both the government and the defense.  Additionally, should the Court be unavailable the week of October 26, 2020, the parties are also available for a trial setting of either October 19, 2020, or November 2, 2020.

**Notice of Agreed Proposed Trial Dates - Page 1**

## CERTIFICATE OF CONFERENCE

I certify that on March 15, 2020, I conferred with defense counsel, and he is in agreement as to these proposed trial dates.

> /s/Melanie Smith
> MELANIE SMITH
> Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this March 17, 2020, I electronically filed the foregoing document with the clerk for the United States District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system will send a "Notice of Electronic Filing" to the attorney of record who has consented in writing to accept this Notice as service of this document by electronic means.

> /s/ Melanie Smith
> MELANIE SMITH
> Assistant United States Attorney