**ORIGINAL**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 17 2020
CLERK, U.S. DISTRICT COURT
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:19-CR-531-E |
| TREMONT BLAKEMORE<br>a.k.a. "Macknificent" | |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

Count One
Sex Trafficking Through Force, Fraud, and Coercion
(Violation of 18 U.S.C. §§ 1591(a)(1) and (b)(1))

Beginning in or around January 2013 and continuing through in or around March 21, 2013, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Tremont Blakemore, a.k.a. "Macknificent,"** in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely AV1, knowing, and in reckless disregard of the fact, that force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause AV1 to engage in a commercial sex act.

In violation of 18 U.S.C. § 1591(a)(1), the penalty for which is found at 18 U.S.C. § 1591(b)(1).

<u>Count Two</u>
Sex Trafficking Through Force, Fraud, and Coercion
(Violation of 18 U.S.C. §§ 1591(a)(1) and (b)(1))

Beginning in or around February 2016 and continuing through in or around September 14, 2018, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Tremont Blakemore, a.k.a. "Macknificent,"** in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely AV2, knowing, and in reckless disregard of the fact, that force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause AV2 to engage in a commercial sex act.

In violation of 18 U.S.C. § 1591(a)(1), the penalty for which is found at 18 U.S.C. § 1591(b)(1).

## Count Three
### Sex Trafficking Through Force, Fraud, and Coercion
(Violation of 18 U.S.C. §§ 1591(a)(1) and (b)(1))

Beginning in or around February or March 2011 and continuing through in or around June 2014, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Tremont Blakemore, a.k.a. "Macknificent,"** in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely AV3, knowing, and in reckless disregard of the fact, that force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause AV3 to engage in a commercial sex act.

In violation of 18 U.S.C. § 1591(a)(1), the penalty for which is found at 18 U.S.C. § 1591(b)(1).

## Count Four
### Sex Trafficking Through Force, Fraud, and Coercion
(Violation of 18 U.S.C. §§ 1591(a)(1) and (b)(1))

Beginning in or around October 2011 and continuing through in or around February 2013, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Tremont Blakemore, a.k.a. "Macknificent,"** in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely AV4, knowing, and in reckless disregard of the fact, that force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause AV4 to engage in a commercial sex act.

In violation of 18 U.S.C. § 1591(a)(1), the penalty for which is found at 18 U.S.C. § 1591(b)(1).

## Count Five
### Sex Trafficking Through Force, Fraud, and Coercion
### (Violation of 18 U.S.C. §§ 1591(a)(1) and (b)(1))

Beginning in or around August 2011 and continuing through in or around January 2013, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Tremont Blakemore, a.k.a. "Macknificent,"** in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely AV5, knowing, and in reckless disregard of the fact, that force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause AV5 to engage in a commercial sex act.

In violation of 18 U.S.C. § 1591(a)(1), the penalty for which is found at 18 U.S.C. § 1591(b)(1).

Count Six
Sex Trafficking Through Force, Fraud, and Coercion
(Violation of 18 U.S.C. §§ 1591(a)(1) and (b)(1))

Beginning in or around October 2011 and continuing through in or around December 2012, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Tremont Blakemore, a.k.a. "Macknificent,"** in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely AV7, knowing, and in reckless disregard of the fact, that force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause AV7 to engage in a commercial sex act.

In violation of 18 U.S.C. § 1591(a)(1), the penalty for which is found at 18 U.S.C. § 1591(b)(1).

<u>Count Seven</u>
Sex Trafficking Through Force, Fraud, and Coercion
(Violation of 18 U.S.C. §§ 1591(a)(1) and (b)(1))

Beginning in or around August 2016 and continuing through in or around September 17, 2018, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Tremont Blakemore, a.k.a. "Macknificent,"** in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely AV8, knowing, and in reckless disregard of the fact, that force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause AV8 to engage in a commercial sex act.

In violation of 18 U.S.C. § 1591(a)(1), the penalty for which is found at 18 U.S.C. § 1591(b)(1).

<u>Count Eight</u>
Sex Trafficking Through Force, Fraud, and Coercion
(Violation of 18 U.S.C. §§ 1591(a)(1) and (b)(1))

Beginning in or around July 2012 and continuing through in or around September 2018, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Tremont Blakemore, a.k.a. "Macknificent,"** in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely AV6, knowing, and in reckless disregard of the fact, that force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause AV6 to engage in a commercial sex act.

In violation of 18 U.S.C. § 1591(a)(1), the penalty for which is found at 18 U.S.C. § 1591(b)(1).

## Forfeiture Notice
(18 U.S.C. §§ 924(d) and 1594(d) and 28 U.S.C. § 2461(c))

Upon conviction for any of the offenses alleged in Counts One through Eight of this Indictment and pursuant to 18 U.S.C. § 1594(d), the defendant, **Tremont Blakemore, a.k.a. "Macknificent,"** shall forfeit to the United States any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations and any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violations.

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
MELANIE SMITH
Assistant United States Attorney
Virginia State Bar No. 82663
1100 Commerce Street, Suite 300
Dallas, Texas 75242-1699
Telephone: 214-659-8723
Facsimile: 214-659-8803

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

TREMONT BLAKEMORE
a.k.a. "Macknificent"

SUPERSEDING INDICTMENT

18 U.S.C. §§ 1591(a)(1) and (b)(1)
Sex Trafficking Through Force, Fraud, and Coercion
(Counts 1 - 8)

(18 U.S.C. §§ 924(d) and 1594(d) and 28 U.S.C. § 2461(c))
Forfeiture Notice

8 Counts

A true bill rendered

-------------------------------------------------------------------
DALLAS                                                   FOREPERSON

Filed in open court this 17 day of November, 2020.

-------------------------------------------------------------------

**Defendant in Federal Custody since 09/11/2019**

-------------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:19-MJ-00811-BT
Criminal Case Pending: 3:19-CR-00531-E