IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | NO. 3:19-CR-531-E |
| v. | |
| | |
| TREMONT BLAKEMORE | |

**PROTECTIVE ORDER GOVERNING**
**DISCLOSURE OF VICTIM INFORMATION**

Upon the agreement of the United States of America ("the government"), and the defendant, Tremont Blakemore, by and through his counsel, David Finn, , the Court finds good cause for the entry of a protective order as set forth in the government's motion.

The government shall provide to the defendant (1) the full name and date of birth of each Adult Victim ("AV"), and (2) the national criminal history of each AV (excluding their juvenile records, if any). Due to the sensitive nature of this information, the defendant, the defense counsel, and the government agree to the following restrictions on the use and disclosure of materials. Accordingly, it is hereby **ORDERED:**

1. Will not be copied, and any public filings relating to the AVs will involve the use of their AVs and not their legal names;

2. Will not be shared outside of defense counsel's office, defense expert's office, or the correctional facility meeting room, with any person not employed by, or an agent of, defense counsel;

3. Will not be provided to, or kept by, the defendant.

**Protective Order Governing Disclosure of Victim Information - Page 1**

4. Defense counsel, prior to sharing this information with any member of the defense team, shall inform that person or persons about the limitations set forth in this Order.

5. This Order shall not terminate at the conclusion of the prosecution of this case.

**SO ORDERED.**

Signed __February 16_____, 2021.

_____
ADA E. BROWN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS